FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
JUL - 3 2012
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )
                           )
     v.                    )    2:11-CR-278-JCM (GWF)
                           )
MANU PANATKUL,             )
                           )
          Defendant.       )

### FINAL ORDER OF FORFEITURE

On February 8, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant MANU PANATKUL to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars, and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant MANU PANATKUL pled guilty. Indictment, ECF No. 8. Bill of Particulars, ECF No. 19. Minutes of Change of Plea Proceedings, ECF No. 27. Plea Memorandum, ECF No. 28. Preliminary Order of Forfeiture, ECF No. 29.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 10, 2012, through March 10, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 30.

. . .

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); and Title 18, United States Code, Sections 2253(a)(1) and (a)(3), and shall be disposed of according to law:

    a) any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained; and

    b) Three CDs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 3rd day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE